IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

| | |
|---|---|
| RAMONA ORELLANA, Individually and on Behalf of A.O., a Minor,<br><br>Plaintiffs,<br><br>v.<br><br>ROBLOX CORPORATION and APPLE, INC.,<br><br>Defendants. | Case No. 6:24-cv-00762-JSS-RMN |

**DEFENDANTS ROBLOX CORP. AND APPLE, INC.'S JOINT MOTION FOR EXTENSION OF TIME TO RESPOND TO COMPLAINT and <u>UNOPPOSED MOTION FOR PERMISSION TO EXCEED PAGE LIMIT</u>**

Defendants Roblox Corporation ("Roblox") and Apple, Inc. ("Apple," collectively, "Defendants"), through counsel and pursuant to Local Rule 3.01(d), hereby request (1) an extension of time to submit a joint Motion to Dismiss not later than August 23, 2024, and (2) an enlargement of the otherwise applicable page limitations to allow filing of a joint Motion to Dismiss of up to forty (40) pages and an Opposition of equal length. Defendants conferred with Plaintiffs' counsel in an effort to reach agreement on this Motion, and while Plaintiffs' counsel consents to the requested page enlargement, they oppose the requested extension.

## MEMORANDUM OF LAW

Plaintiffs filed their Complaint (Dkt. No. 1) on April 24, 2024. The Complaint totals 115 pages and nearly 600 paragraphs and contains thirteen causes of action, ranging from product liability claims to infliction of emotional distress to fraud and conspiracy claims. Roblox filed a waiver of service on May 21, 2024; Apple was served only on July 5, 2024. The deadline for Roblox's answer or other responsive pleading is July 14, 2024. Apple's deadline is July 26, 2024. In an effort to reduce duplication in argument, Defendants plan to move jointly to dismiss all claims.

Given the length and complexity of the Complaint, Defendants cannot adequately address all of Plaintiffs' allegations within the page limit imposed by Local Rule 3.01(d). The additional pages will allow Defendants to present a

thorough argument that Plaintiffs' claims lack grounding in facts or law and should be dismissed.

Defendants also request additional time to respond to the Complaint due both to its length and complexity and to competing scheduling constraints caused by the volume of related, pending suits raising similar issues and vacation schedules. This case is one of over a dozen similar complaints, most filed by Plaintiffs' counsel, against Defendants and other parties. *See In Re: Video Game Addiction Products Liability Litigation*, MDL No. 3109 (J.P.M.L. June 5, 2024) (denying order to centralize litigation). Recently, Defendants agreed to briefing schedules in several of those cases, including *Jameson v. Roblox Corp. et al*, No. 0:24-cv-01602-JMB-TNL (D. Minn.) (motion to dismiss due Aug. 5, 2024) and *Broussard v. Microsoft Corp. et al*, No. 1:24-cv-01697 (N.D. Ga.) (motion to dismiss due Aug. 15, 2024). Plaintiffs' counsel is also counsel in *Broussard*. The extension requested is intended to enable Defendants to meet those deadlines and to allow Defendants to collaborate on a joint motion to this Court, rather than submit motions separately, which should reduce redundancy in the parties' briefing. In addition, one of principal counsel for Roblox will be abroad on vacation and business travel from July 21 through August 1, creating additional challenges in coordination.

Plaintiffs' counsel has consented to the requested page enlargement but not to the extension of time, instead offering Roblox an extension of only eight days,

2

until July 22, 2024, which is before Apple's due date. In essence, Plaintiff's position would either foreclose the filing of a joint Motion to Dismiss or require Apple to respond prior to its otherwise applicable response date, which is not feasible.

Defendants are sensitive to the importance of expedition and do not make this request for the purpose of delay or from other improper motive. Defendants believe that the additional time is necessary, given the calendars in the other matters and to allow both Defendants time to coordinate and to prepare a joint motion that will enable the parties to present the issues to this Court in a more efficient and straightforward manner.

## CONCLUSION

Based upon the foregoing, Defendants respectfully request that the Court grant them leave to file a Joint Motion to Dismiss not to exceed **forty (40) pages** in length by no later than **August 23, 2024**. Plaintiffs' Opposition to the Joint Motion to Dismiss shall also not exceed **forty (40) pages** in length.

## LOCAL RULE 3.01(g) CERTIFICATION

Pursuant to Local Rule 3.01(g), the undersigned hereby certifies that counsel for Defendants have conferred via email with Plaintiffs' counsel regarding the relief requested herein. The parties have agreed to the requested page enlargements. However, Plaintiff's counsel rejected Defendants' request for an extension of time until August 23, 2024, to respond to the Complaint.

Dated:  July 10, 2024          Respectfully submitted,

/s/ T. Todd Pittenger
T. Todd Pittenger – Lead Counsel
Florida Bar No. 768936
todd.pittenger@gray-robinson.com
GRAYROBINSON, P.A.
301 East Pine Street, Suite 1400
Orlando, FL 32801
Tel.:  (407) 843-8880

*Attorneys for Defendant
    ROBLOX CORPORATION*

/s/ Jonathan Kaskel
Jonathan Kaskel – Lead Counsel
Florida Bar No. 52718
DENTONS US LLP
1 Alhambra Plaza, Penthouse
Coral Gables, FL 33134
Tel.: (305) 537-0009
jonathan.kaskel@dentons.com

*Attorneys for Defendant APPLE, INC.*

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on July 10, 2024, a copy of the foregoing was served electronically, via CM/ECF, on all counsel of record who are deemed to have consented such service under the Court's local rules.

By:  /s/ T. Todd Pittenger

4